| Date | Pleading Number | |
|---|---|---|
| 5/23/75 | 1 | MOTION, BRIEF -- VAN-S-AVIATION CORP. plaintiff to transfer actions for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| | | SUGGESTED TRANSFEREE DISTRICT -- W.D. Missouri |
| 6/4/75 | | APPEARANCES -- Gregory Aviation Co.; Memphis Aero Corp.; Tufts-Edgcumbe, Inc.; Expervita, Inc. & Montgomery Piper Sales, Inc. Louisiana Aircraft, Inc.; Louisville Flying Service; Muncie Aviation Corp.; Piedmont Piper Sales; Hawthorne Aero Sales; and E. W. Wiggins Airways, Inc.  Van-S-Aviation Corp.; Piper Aricraft Corp.; |
| 6/5/75 | | HEARING ORDER -- June 27, 1975 -- Denver, Colorado  Setting A-1 through A-6 -- Plaintiffs motion to transfer actions. |
| 6/9/75 | 2 | RESPONSE -- GREGORY AVIATION CO. w/cert. of service |
| 6/9/75 | 3 | RESPONSE -- PIPER AIRCRAFT CORP. w/cert. of service |
| 6/9/75 | 4 | RESPONSE -- MUNCIE AVIATION CORP. w/cert of service |
| 6/9/75 | 5 | RESPONSE -- AEROSMITH CORP. w/cert. of service |
| 6/9/75 | 6 | RESPONSE -- Expervita, inc., MONTGOMERY PIPER SALES, INC. w. cert of serv. |
| 6/9/75 | 7 | RESPONSE -- MEMPHIS AERO CORP. w/cert. of service |
| 6/9/75 | 8 | RESPONSE -- LOUISIANA AIRCRAFT, INC. w/cert. of service |
| 6/9/75 | 9 | RESPONSE -- HAWTHORNE AVIATION w/cert. of service |
| 6/9/75 | 10 | RESPONSE -- PIEDMONT PIPER SALES w/cert. of service |
| 6/9/75 | 11 | RESPONSE -- LOUISVILLE FLYING SERVICE, INC. w/cert. of service . |
| 6/9/75 | 12 | RESPONSE -- TUFTS-EDGCUMBE, INC. w/cert. of service |
| 6/9/75 | 13 | RESPONSE -- E. W. WIGGINS AIRWAYS, INC. w/cert. of service |
| 6/11/75 | | APPEARANCE -- Robert W. Spears, Esq. for Expervita, Inc. and Montgomery Piper Sales and Reagan M. Martin, Esq. for Aerosmith Corp. |
| 12/18/75 | | CONSENT OF TRANSFEREE COURT -- For Judge Gorbey (PAE) to handle the litigation in the W.D. Missouri under 28 U.S.C. §1407 |
| 12/18/75 | | OPINION AND ORDER transferring A-1 through A-5 to the W.D. Missouri with a related action pending there for assignment to the honorable James H. Gorbey for coordinated or consolidated pretrial  (PAE) |
| 12/23/75 | | Piper Aircraft Corp. et al. v. Anderson Aviation Co. v. Alaska Transportaiton Co., D. Ariz, C.A. No. Civ 74-785-Phx-CAM  CTO filed today involving Anderson v. Alaska. Notified counsel and involved judges |
| 1/6/76 | | Piper Aircraft Corp., et al. v. Anderson Aviation Co. v. Alaska Transportation Co., D. Arizona, C.A. No. Civ. 74-785-PHX-CAM  NOTICE OF OPPOSITION -- Piper Aircraft Corp. andAlaska Transportation Co., Notified counsel, involved judges  CONDITIONAL TRANSFER ORDER STAYED pursuant to Rule 9 until furhter order of the Panel |
| 1/21/76 | 14 | MOTION AND BRIEF TO VACATE CTO -- PIPER AIRCRAFT CORP. AND ALASKA TRANSPORTATION CO. w/cert. of service |
| 1/30/76 | | PIPER AIRCRAFT CORP., ET AL. V. ANDERSON AVIATION V. ALASKA TRANS. CO. D. ARIZ., C.A. NO CIV 74-785-PHX-CAM  HEARING ORDER -- Setting opposition of Alaska Trans. Co. and Piper Aircraft Corp. FOR HEARING -- San Diego California, February 27, 1976 |
| 2/4/76 | 15 | RESPONSE -- ANDERSON AVIATION SALES w/cert of service |
| 2/9/76 | 16 | REPLY -- PIPER AIRCRAFT CORP. AND ALASKA TRANSPORTATION w/cert. of servic |
| 2/23/76 | | WAIVER OF ORAL ARGUMENT (2/27/76 HEARING) MUNCIE AVIATION CORP.; GREGORY AVIATION CO. EXPERVITA INC. AND MONTGOMERY PIPER SALES, INC. |
| 7/27/76 | | TRANSFER ORDER-- PIPER AIRCRAFT CORP., ETC, AND ALASKA TRANSPORTATION CO. V. ALASKA TRANSPORTATION, CO ET C. D. ARIZONA 74-785PHX  to the W.D. Missouri. Assigned to Judge James Gorbey |

JPML FORM 1A - Continuation　　　　　　　　　DOCKET ENTRIES -- p. 2

DOCKET NO. 217 -- IN RE PIPER AIRCRAFT DISTRIBUTION SYSTEM ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/5/77 | | ORDER -- REASSIGNING LITIGATION -- from Judge James H. Gorbey (Deceased) to the Honorable William H. Becker/under 28 U.S.C. §1407. (cds) 4(PAE) |

217   Piper Aircraft

| | |
|---|---|
| 84/03/02 | Order from W.D. Missouri reassignig litigation, signed by Chief Judge Russell G. Clark dated 2/27/84. (rh) |
| 84/03/02 | ORDER REASSIGNING LITIGATION -- to the Honorable Howard F. Sachs pursuant to 28 U.S.C. §1407. (rh) |

OPINION AND ORDER, Dec 18, 1975 405 F. SUPP. 1402
DOCKET NO. 217 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

DOCKET NO. 217 -- IN RE PIPER AIRCRAFT DISTRIBUTION SYSTEM ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): 6/27/75
Date(s) of Opinion(s) or Order(s): 12/18/75
Consolidation Ordered: xx
Consolidation Denied: ___
Name of Transferee Judge: Judge Howard F. Sachs ~~Judge William H. Becker~~
Transferee District: WESTERN DISTRICT OF MISSOURI

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Van-S-Aviation Corp. v. Memphis Aero Corp., et al. | E.D.Ark | LR-75-C-107 | 12/18/75 | 76CV-20-W-B | 7/31/84 D | |
| A-2 | Van-S- Aviation Corp. v. Epervita, Inc. | N.D.Ga. Edenfield | C 75-803A | 12/18/75 | 76CV-21-W-B | 7/31/84 D | |
| A-3 | Van-S- Aviation Corp. v. Tufts Edgcumbe, Inc., et al. | E.D. Ill Wise | 75-2-050 | 12/18/75 | 76CV-22-W-B | 7/31/84 D | |
| A-4 | Van-S- Aviation Corp. v. E. W. Wiggins Airways, Inc. | D. Conn | H75-151 | 12/18/75 | 76CV-23-W-B | 7/31/84 D | |
| A-5 | Van-S-Aviation Corp. v. Hawthorne Aero Sales, et al. | D. S.C. Hemphill | CA75-678 | 12/18/75 | 76CV-24-W-B | 7/31/84 | |
| A-6 | Van-S-Aviation Corp. v. Piper Aircraft Corp., et al. | W.D.Mo. Hunter | 73CV614-W-4 | NT. | | 7/31/84 D | |
| B-1 | Piper Aircraft Corp., etc. and Alaska Transportation Co., etc. v. Anderson Aviation Sales Co., Inc., etc. v. Alaska Transportation Co., Inc. 12/23/75 OPPOSED | D. Ariz. | 74-785-PHX-CAM | 7/27/76 | 76CV508-W-B | 11/21/79 D | Verified July 1977 July 1978 July 1979-Same July 1980- 1 Dis - 6 Pdg. July 1981- Same July 1982- Same July 1983- Same July 1984- Same |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 217 -- IN RE PIPE AIRCRAFT DISTRIBUTION SYSTEM ANTITRUST LITIGATION

---

VAN-S-AVIATION CORP.
Edward A. McConwell, Esquire
6811 Cloverleaf One Bldg., Suite 101
Cloverleaf One Building
Overland Park, Kansas   66202


EXPERVITA, INC.
MONTGOMERY PIPER SALES, INC.
Robert W. Spears, Esquire
Smith, Cohen, Ringel, Kohler & Martin
2400 First National Bank Tower
Atlanta, Georgia   30303

MEMPHIS AERO CORP.
John A. Stemmler, Esquire
Burch, Porter & Johnson
130 N. Court Avenue
Post Office Box 3115
Memphis, Tennessee 38103

LOUISIANA AIRCRAFT, INC.
Herschel C. Adcock, Esquire
Womack, Adcock & Dupree
821 Main Street
Post Office Drawer 3037
Baton Rouge, Louisiana   70821

LOUISVILLE FLYING SERVICE
Chas. G. Middleton, Jr., Esquire
Middleton, Reutlinger & Baird
501 South Second Street
Louisville, Kentucky   40202

GREGORY AVIATION CO.
Harry P. Thomson, Jr., Esquire
Shugart, Thomson & Kilroy
Post Office Box 13007
Kansas City, Missouri   64199

---

MUNCIE AIRCRAFT CORP.
Thomas J. Wheatley, Esquire
Lathrop, Koontz, Righter, Clagett,
   Parker & Norquist
15th Floor, TenMain Center
Kansas City, Missouri   64105

PIPER AIRCRAFT CORP.
John T. Martin, Esquire   *Seal Corr. 3/2/81*
Shook, Hardy & Bacon         *was return*
915 Grand Avenue
Kansas City, Missouri   64106

AEROSMITH CORP.
Reagan M. Martin, Esquire
Martin, Harrison & Withers
3503 Fairmount at Turtle Creek
Dallas, Texas   75219

PIEDMONT PIPER SALES
W. F. Womble, Esquire
Womble, Carlyle, Sandridge & Rice
Post Office Drawer 84
Winston-Salem, North Carolina 27102

HAWTHORNE AERO SALES
Wesley M. Walker, Esquire
Leatherwood, Walker, Todd & Mann
Post Office Box 2248
Greenville, South Carolina   29602

E. W. WIGGINS AIRWAYS, INC.
David W. Walker, Esquire
Foley, Hoag & Eliot
10 Post Office Square
Boston, Massachusetts 02109

TUFTS-EDGCUMBE INC.
Joseph E. Coughlin, Esquire
Lord, Bissell & Brooks
135 S. LaSalle Street
Chicago, Illinois   60603

p. _____

| Plaintiff | Defendant |
|---|---|
| B-1 ANDERSON AVIATION SALES CO., INC.<br>    Edward A. McConwell, Esq.<br><br>ALASKA TRANSPORTATION CO.<br>  Robert Donovan, Esquire<br>  2 North Second Street<br>  Suite 1475<br>  San Jose, California  95113 | |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 217 -- IN RE PIPER AIRCRAFT DISTRIBUTION SYSTEM ANTITRUST LITIGATION

dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| GREGORY AVIATION CO. ✓ | A-6 |
| DES MOINES FLYING SERVICE  *dismissed* | A-6 |
| MUNCIE AIRCRAFT CORP. ✓ | A-6 |
| PIPER AIRCRAFT CORP. ✗ | A-6 |
| MEMPHIS AERO CORP. ✓ | A-1 |
| LOUISIANA AIRCRAFT, INC. ✓ | |
| AEROSMITH CORP. ✗ | A-1 |
| LOUISVILLE FLYING SERVICE, INC. ✓ | A-3 |
| EPERVITA, INC. ✓ | |
| MONTGOMERY PIPER SALES INC. ✓ | |

p. _____

| | |
|---|---|
| E. W. WIGGINS AIRWAYS, INC. | A-4 |
| HAWTHORNE AERO SALES | A-5 |
| PIEDMONT PIER SALES | A-5 |
| TUFTS-EDGCUMBE INC. | A-3 |
| Alaska Transportation Co. | B-1 |
| | |
| | |
| | |
| | |
| | |
| | |